**FILED**

SEP 07 2023

US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-146-JAD-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| PETER HADJISAVAS, | |
| Defendant. | |

This Court finds Peter Hadjisavas pled guilty to Count One of a One-Count Criminal Information charging him with trafficking in counterfeit goods in violation of 18 U.S.C § 2320(a)(1). Criminal Information, ECF No. __; Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Peter Hadjisavas agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Peter Hadjisavas pled guilty.

The following property is (1) any article, the making or trafficking of which is prohibited under 18 U.S.C. § 2320(a)(1) and (2) any property used, or intended to be used, in any manner or part to commit or facilitate the commission of 18 U.S.C. § 2320(a)(1) and is subject to forfeiture under 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2323(b)(1):

1. any and all counterfeit designer goods including, but not limited to, the following:
    a. 15 counterfeit Burberry emblems;
    b. 15 counterfeit Burberry handbags;
    c. 2 counterfeit Celine emblems;
    d. 5 counterfeit Chanel belts;
    e. 4 counterfeit Chanel blankets;
    f. 11 pairs counterfeit Chanel earrings;
    g. 102 counterfeit Chanel emblems;
    h. 5 counterfeit Chanel handbag charms;
    i. 69 counterfeit Chanel handbags;
    j. 3 counterfeit Chanel luggage cases;
    k. 8 pairs counterfeit Chanel sandals;
    l. 10 counterfeit Chanel scarves;
    m. 4 counterfeit Chanel sunglasses;
    n. 7 counterfeit Christian Dior emblems;
    o. 2 counterfeit Christian Dior handbags;
    p. 3 counterfeit Christian Dior sunglasses;
    q. 50 counterfeit Coach emblems;
    r. 10 counterfeit Coach handbags;
    s. 5 counterfeit Fendi duffle bags;
    t. 5 counterfeit Fendi handbags;
    u. 1 counterfeit Fendi hat;
    v. 15 counterfeit Fendi scarves;
    w. 167 counterfeit Gucci emblems;
    x. 10 counterfeit Gucci handbags;
    y. 124 counterfeit Gucci scarves;
    z. 3 counterfeit Gucci sunglasses;

| | | |
|---|---|---|
| aa. | 10 counterfeit Gucci wallets; | |
| bb. | 1 counterfeit Hermes belts; | |
| cc. | 6 counterfeit Hermes bracelets; | |
| dd. | 45 counterfeit Hermes emblems; | |
| ee. | 8 counterfeit Hermes scarves; | |
| ff. | 4 counterfeit Kate Spade emblems; | |
| gg. | 6 counterfeit Louis Vuitton backpacks; | |
| hh. | 1 counterfeit Louis Vuitton boot; | |
| ii. | 12 counterfeit Louis Vuitton duffle bags; | |
| jj. | 58 counterfeit Louis Vuitton emblems; | |
| kk. | 76 counterfeit Louis Vuitton handbags; | |
| ll. | 9 counterfeit Louis Vuitton headbands; | |
| mm. | 2 counterfeit Louis Vuitton necklaces; | |
| nn. | 29 counterfeit Louis Vuitton scarves; | |
| oo. | 4 counterfeit Louis Vuitton sunglasses; | |
| pp. | 127 counterfeit Louis Vuitton wallets; | |
| qq. | 162 counterfeit Michael Kors emblems; | |
| rr. | 17 counterfeit Michael Kors handbags; | |
| ss. | 738 counterfeit Prada emblems; | |
| tt. | 13 counterfeit Prada handbags; | |
| uu. | 10 counterfeit Prada keychains; | |
| vv. | 20 counterfeit Prada scarves; | |
| ww. | 1 counterfeit Prada wallet; | |
| xx. | 64 counterfeit Tory Burch emblems; | |
| yy. | 3 counterfeit Tory Burch handbags; | |
| zz. | 37 counterfeit Versace emblems; | |
| aaa. | 1 counterfeit Chanel bracelet; | |
| bbb. | 1 counterfeit Chanel cellphone case; | |

|   |   |   |
|---|---|---|
| 1 | ccc. | 1 counterfeit Chanel handbag ornament; |
| 2 | ddd. | 2 counterfeit Chanel handbags; |
| 3 | eee. | 1 counterfeit Christian Dior scarf; |
| 4 | fff. | 4 counterfeit Coach handbag ornaments; |
| 5 | ggg. | 4 counterfeit Fendi handbags; |
| 6 | hhh. | 1 counterfeit Louis Vuitton belt; |
| 7 | iii. | 2 counterfeit Louis Vuitton handbag ornaments; |
| 8 | jjj. | 4 counterfeit Louis Vuitton handbags; |
| 9 | kkk. | 9 counterfeit Louis Vuitton scarves; |
| 10 | lll. | 4 counterfeit Louis Vuitton wallets; |
| 11 | mmm. | 3 counterfeit Michael Kors handbag ornaments; |
| 12 | nnn. | 2 counterfeit Prada handbag ornaments; |
| 13 | ooo. | 4 counterfeit Rolex watches; |
| 14 | ppp. | 1 counterfeit Tory Burch handbag ornament; and |
| 15 | qqq. | 5 counterfeit Versace handbag ornaments |

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Peter Hadjisavas in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by

5

the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _Sept. 7th_, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE