**FILED**

JAN 17 2024

US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER HADJISAVAS,<br><br>Defendant. | 2:23-CR-146-JAD-DJA<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2323(b)(1) based upon the plea of guilty by Peter Hadjisavas to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Peter Hadjisavas pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Preliminary Order of Forfeiture, ECF No. 8; Arraignment & Plea, ECF No. 9.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 21, 2023, through October 20, 2023, notifying all potential

/ / /

1  third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF
2  No. 11-1, p. 5.
3        This Court finds the United States notified known third parties by regular mail and
4  certified mail return receipt requested of their right to petition the Court. Notice of Filing
5  Service of Process – Mailing, ECF No. 12.
6        On September 26, 2023, the United States Attorney's Office served and attempted to
7  serve Olha Povstiana / Olha Hadjisavas / Olga Hadjisavas with copies of the Preliminary
8  Order of Forfeiture and the Notice through regular mail and certified mail return receipt
9  requested. The certified mail was returned unclaimed. The regular mail was not returned.
10 Notice of Filing Service of Process – Mailing, ECF No. 12.
11       This Court finds no petition was filed herein by or on behalf of any person or entity
12 and the time for filing such petitions and claims has expired.
13       This Court finds no petitions are pending regarding the property named herein and
14 the time has expired for presenting such petitions.
15       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
16 all possessory rights, ownership rights, and all rights, titles, and interests in the property
17 hereinafter described are condemned, forfeited, and vested in the United States under Fed.
18 R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C.
19 § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C.
20 § 2461(c); and 18 U.S.C. § 2323(b)(1); and 21 U.S.C. § 853(n)(7) and shall be disposed of
21 according to law:
22     1. any and all counterfeit designer goods including, but not limited to, the
23        following:
24        a.   15 counterfeit Burberry emblems;
25        b.   15 counterfeit Burberry handbags;
26        c.   2 counterfeit Celine emblems;
27        d.   5 counterfeit Chanel belts;
28        e.   4 counterfeit Chanel blankets;

f.  11 pairs counterfeit Chanel earrings;

g.  102 counterfeit Chanel emblems;

h.  5 counterfeit Chanel handbag charms;

i.  69 counterfeit Chanel handbags;

j.  3 counterfeit Chanel luggage cases;

k.  8 pairs counterfeit Chanel sandals;

l.  10 counterfeit Chanel scarves;

m.  4 counterfeit Chanel sunglasses;

n.  7 counterfeit Christian Dior emblems;

o.  2 counterfeit Christian Dior handbags;

p.  3 counterfeit Christian Dior sunglasses;

q.  50 counterfeit Coach emblems;

r.  10 counterfeit Coach handbags;

s.  5 counterfeit Fendi duffle bags;

t.  5 counterfeit Fendi handbags;

u.  1 counterfeit Fendi hat;

v.  15 counterfeit Fendi scarves;

w.  167 counterfeit Gucci emblems;

x.  10 counterfeit Gucci handbags;

y.  124 counterfeit Gucci scarves;

z.  3 counterfeit Gucci sunglasses;

aa.  10 counterfeit Gucci wallets;

bb.  1 counterfeit Hermes belts;

cc.  6 counterfeit Hermes bracelets;

dd.  45 counterfeit Hermes emblems;

ee.  8 counterfeit Hermes scarves;

ff.  4 counterfeit Kate Spade emblems;

gg.  6 counterfeit Louis Vuitton backpacks;

| | | |
|---|---|---|
| hh. | 1 counterfeit Louis Vuitton boot; |
| ii. | 12 counterfeit Louis Vuitton duffle bags; |
| jj. | 58 counterfeit Louis Vuitton emblems; |
| kk. | 76 counterfeit Louis Vuitton handbags; |
| ll. | 9 counterfeit Louis Vuitton headbands; |
| mm. | 2 counterfeit Louis Vuitton necklaces; |
| nn. | 29 counterfeit Louis Vuitton scarves; |
| oo. | 4 counterfeit Louis Vuitton sunglasses; |
| pp. | 127 counterfeit Louis Vuitton wallets; |
| qq. | 162 counterfeit Michael Kors emblems; |
| rr. | 17 counterfeit Michael Kors handbags; |
| ss. | 738 counterfeit Prada emblems; |
| tt. | 13 counterfeit Prada handbags; |
| uu. | 10 counterfeit Prada keychains; |
| vv. | 20 counterfeit Prada scarves; |
| ww. | 1 counterfeit Prada wallet; |
| xx. | 64 counterfeit Tory Burch emblems; |
| yy. | 3 counterfeit Tory Burch handbags; |
| zz. | 37 counterfeit Versace emblems; |
| aaa. | 1 counterfeit Chanel bracelet; |
| bbb. | 1 counterfeit Chanel cellphone case; |
| ccc. | 1 counterfeit Chanel handbag ornament; |
| ddd. | 2 counterfeit Chanel handbags; |
| eee. | 1 counterfeit Christian Dior scarf; |
| fff. | 4 counterfeit Coach handbag ornaments; |
| ggg. | 4 counterfeit Fendi handbags; |
| hhh. | 1 counterfeit Louis Vuitton belt; |
| iii. | 2 counterfeit Louis Vuitton handbag ornaments; |

|   |   |   |
|---|---|---|
| 1 | jjj. | 4 counterfeit Louis Vuitton handbags; |
| 2 | kkk. | 9 counterfeit Louis Vuitton scarves; |
| 3 | lll. | 4 counterfeit Louis Vuitton wallets; |
| 4 | mmm. | 3 counterfeit Michael Kors handbag ornaments; |
| 5 | nnn. | 2 counterfeit Prada handbag ornaments; |
| 6 | ooo. | 4 counterfeit Rolex watches; |
| 7 | ppp. | 1 counterfeit Tory Burch handbag ornament; and |
| 8 | qqq. | 5 counterfeit Versace handbag ornaments |

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Peter Hadjisavas, Ohla Posvtina / Olha Hadjisavas / Olga Hadjisavas, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _January 17_, 2024.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE